IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:                                           CHAPTER 7
**MICHELLE RENEE LONG**                  CASE NO. 16-50300 HAR RBC

**RESPONSE TO MOTION TO REVIEW DEBTOR'S TRANSACTIONS WITH COUNSEL**

Comes now debtor's counsel in the above styled case, and responds to the Trustee's Motion to Review Debtor's Transactions with Counsel as follows:

1. On February 9, 2016 the Debtor and Counsel entered into a Representation Agreement wherein the Debtor would pay the Counselor a flat fee of $800.00 to prepare and file a Chapter 7 petition with related documents and to represent the Debtor at the meeting of creditors.

2. Debtor paid the amount of $800.00 to Counsel prior to the filing of the case.

3. This amount was $50 less than the Counsel's customary fee.

4. Owing to the failure of the Counsel's office computer, minor irregularities in several of the Counsel's cases occurred.

5. The electronic versions of the Debtor's filing were lost entirely and had to be completely reentered manually.

6. While the schedules and Statement of Affairs have been amended, they can not be filed until the client can sign the declaration.

7. The Debtor was not adversely affected and has received her discharge. (See Docket Item #11.)

7. Counsel's fee is below the fee charged by other Attorneys in his region of practice and less than his own customary fee.

      8. No reaffirmation was filed in the present case nor was a fee charged for any such service.

      WHEREFORE, Counsel prays that the Motion be denied.

/s/Erÿk Gabhran Boston _____
Erÿk Gabhran Boston, Esq.
Boston Law Firm
125 Country Park Drive
Winchester, Virginia 22602
law@winchesterlawyer.us
540-692-1585

## CERTIFICATE

      I hereby certify that I have, this 16th day August, 2016, filed this Response electronically via CM/ECF, and that I have sent a copy of this Motion by electronic mail to the following:

W. Joel Charboneau (VSB #68025)
Office of the United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
540-857-2699
joel.charboneau@usdoj.gov