# ENGAGEMENT AGREEMENT

[illegible]

[illegible]

[illegible]

[illegible]

* The rates quoted in this Retainer Agreement are subject to change without notice at any time prior to the filing of your bankruptcy petition. Otherwise the fees quoted are in effect until [illegible] 2011 [illegible] filing, service and other costs are [illegible] in this office and are subject to change at any time.

---

CERTIFICATE

[illegible]

(a) [illegible]

(b) [illegible]

(c) [illegible]

(d) [illegible]

Date: [illegible]

Client: [illegible]

[illegible]